UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Takpor Gbleah,                                    Civ. No. 14-1170 (PAM/JJK)

                        Plaintiff,

v.                                                         **ORDER**

Minnesota Unemployment
Insurance, and Madonna
Tower of Rochester,

                        Defendants.

_____

        This matter is before the Court on the supplemental Report and Recommendation

("R&R") of United States Magistrate Judge Jeffrey J. Keyes dated May 13, 2014.  The R&R

recommended that this Court summarily dismiss this action.  Plaintiff filed a letter to

Magistrate Judge Keyes, which the Court will construe as an objection to the supplemental

R&R.  According to statute, the Court must conduct a de novo review of any portion of the

Magistrate Judge's opinion to which specific objections are made.  28 U.S.C. § 636(b)(1)(C);

Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b).  Based on that de novo review, the Court adopts

the R&R.

        In his objection, Plaintiff claims that contrary to the conclusion of the R&R he is not

trying to sue Minnesota Unemployment Insurance, a state agency with Eleventh Amendment

immunity from suit in federal court.  But his Amended Complaint lists "Minnesota

Unemployment Insurance" as a Defendant in this matter.  As the supplemental R&R

concluded, Minnesota Unemployment Insurance is not subject to suit in this Court and must

be dismissed.  (Supp. R&R (Docket No. 5) at 1-2.)

Plaintiff also claims that he is merely asking this Court to order Minnesota Unemployment Insurance and Madonna Tower of Rochester to provide him with a hearing on his claim that he was wrongly accused of being overpaid.  But such a claim, if cognizable at all, is not a federal claim.  To the extent that Plaintiff believes that Defendants' actions may have violated his constitutional rights, such a claim cannot succeed against a private employer.[1]  (See id. at 3 (discussing "under color of state law" requirement in 42 U.S.C. § 1983).)

Magistrate Judge Keyes correctly concluded that Plaintiff's Amended Complaint fails to state any actionable claim against either of the named Defendants.  Accordingly, **IT IS HEREBY ORDERED that**:

1.    Plaintiff's application for leave to proceed in forma pauperis (Docket No. 2) is **DENIED**; and

2.    This action is summarily dismissed under 28 U.S.C. § 1915(e)(2)(B).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 28, 2014

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge

---

[1] As noted, Minnesota Unemployment Insurance, while presumably a public entity, is not amenable to suit in federal court.

2